LYDIA LOCKE, Appellant, v. ARTHUR HUDSON MARKS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON LEIGHTON, as Receiver of the Rents, Issues and Profits of MARTINIQUE HOTEL, Respondent, v. JAMES J. SEXTON, as President, and Others, as Commissioners and Members of the Board of Taxes and Assessments in the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LENORE E. MORRISON, Individually and as Executrix, etc., of ANN ELIZA MORRISON, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Since the complaint asks that the alleged illegal payment be restored to the treasury of the city of New York, we think that the city is a proper party if not a necessary one. Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order upon payment of said costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANSDON CORPORATION, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CARL ANDERSON and Others, Appellants, v. FUNK & WAGNALLS Co., INC., Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Administrator, etc., of BERTHA GALLAND, Deceased, and of the Application for a Judicial Construction of Said Will. EMILE RAFFO, Appellant; THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Administrator, etc., of BERTHA GALLAND, Deceased, EDWARD F. BOYLE, as Executor, etc., of JOHN J. DONNELLY, Deceased, and Another, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to respondent Edward F. Boyle, as executor, etc. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOMONACO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Block Bounded by East 124th Street, East 125th Street, First Avenue and the Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site for Park Purposes According to Law. EVA J. ROGERS, Individually and as Executrix, etc., of ESTELLE M. ROSS, Deceased, and HERMAN HARJES, INC., Appellants; THE CITY OF NEW YORK, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.